IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC; BAYERISCHE MOTOREN WERKE AG, <br><br>　　　　Plaintiff(s), <br><br>　vs. <br><br>MINI COUPE HAWAII, LLC; COLEMAN KAO; JENNIE HANAOKA, <br><br>　　　　Defendant(s). | CV 12-00331 JMS-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 13, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against

///

///

///

///

///

Defendant Mini Coupe Hawaii, LLC" are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, March 5, 2013.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge