IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> MINI COUPE HAWAII, LLC, ET AL., <br><br> Defendants. | CV 12-00331 JMS KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on March 21, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations Regarding Attorneys' Fees And Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 12, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge